THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Keith Drayton, Appellant.
 
 
 

Appeal From Spartanburg County
  Roger L. Couch, Special Circuit Court
Judge

Unpublished Opinion No. 2008-UP-513
 Submitted September 2, 2008  Filed
September 8, 2008   

AFFIRMED

 
 
 
 Chief Attorney Joseph L. Savitz, III, South Carolina Commission on
 Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Christina J. Catoe, all of Columbia; and Solicitor Harold W.
 Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: Keith Drayton appeals his convictions for kidnapping
 and criminal domestic violence of a high and aggravated nature.  He argues the trial
 court erred in refusing to permit him to proceed pro se at trial.  We affirm[1] pursuant to Rule 220(b)(2), SCACR, and the following authorities:  Faretta v. California, 422 U.S. 806, 835 (1975) (holding waiver of right to counsel must be clearly and unequivocally
 expressed), and State v. Thompson, 355 S.C. 255, 262, 584 S.E.2d 131,
 134-35 (Ct. App. 2003) (holding verbal waiver of right to counsel must be
 affirmatively expressed).  
AFFIRMED.
SHORT, THOMAS
and PIEPER, JJ., concur.

[1]  Because oral argument would not aid the court in
 resolving the issues on appeal, we decide this case without oral argument
pursuant to Rule 215, SCACR.